UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriel Sanchez Lopez,<br><br>                                Petitioner,<br><br>v.<br><br>U.S. Citizenship and Immigration Service,<br><br>                                Respondent. | Case No.: 3:16-cv-00500-GPC-AGS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On February 24, 2016, Petitioner Gabriel Sanchez Lopez ("Petitioner") filed a petition for writ of habeas corpus against Respondent United States Citizenship and Immigration Service ("Respondent" or "USCIS") under 28 U.S.C. § 2241. (Dkt. No. 1.) In his petition, Petitioner explained that he was being held on an immigration charge and was detained in violation of 8 C.F.R. § 208.31(b). (*Id.* at 1, 4.) Petitioner sought an order from the Court releasing him from detention on conditional parole or reasonable bond pursuant to 8 U.S.C. § 1226(a). (*Id.* at 10.)

Petitioner subsequently filed a motion for leave to amend his petition for writ of habeas corpus on March 16, 2016. (Dkt. No. 2.) Specifically, Petitioner sought to name the proper respondent parties—the United States Department of Homeland Security and CCA Warden John Weaver—in the caption of his petition. (*Id.*) The Court granted

| | |
|---|---|
| 1 | Petitioner's motion for leave to amend on September 28, 2016 and directed Petitioner to |
| 2 | file and serve his amended petition on the proper respondents by October 28, 2016. (Dkt. |
| 3 | No. 3.) Petitioner has not filed an amended petition as of the date of entry of this Order. |
| 4 | The Court **DIRECTS** Respondent to file and serve a responsive memorandum on |
| 5 | or by **June 9, 2017**. Respondent is further directed to inform the Court of Petitioner's |
| 6 | detention status in the response. The response shall include any and all documents |
| 7 | relevant to the determination of the issues raised by the Petition. |
| 8 | If Petitioner wishes to reply to Respondent's responsive memorandum, a reply |
| 9 | must be filed no later than **June 30, 2017**. |
| 10 | The Court further **DIRECTS** the Clerk of Court to serve a copy of Petitioner's |
| 11 | petition together with a copy of this Order on the United States Attorney (Civil Division) |
| 12 | or an authorized representative at 880 Front Street, Suite 6253, San Diego, CA 92101. |
| 13 | **IT IS SO ORDERED.** |
| 14 | Dated: May 24, 2017 |

Hon. Gonzalo P. Curiel
United States District Judge